THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN BARNEY, Appellant. [930 NYS2d 505]—

Present— Scudder, P.J., Peradotto, Carni, Gorski and Martoche, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT J. BUCK, Appellant. [930 NYS2d 510]—

Present—Scudder, P.J., Peradotto, Carni, Gorski and Martoche, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KRISTA A. GANTZ, Appellant. [930 NYS2d 918]—

Present—Scudder, P.J., Peradotto, Carni, Gorski and Martoche, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL E. KING, Appellant. [930 NYS2d 506]—

Present—Scudder, P.J., Peradotto, Carni, Gorski and Martoche, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICHOLAS J. LASKOWSKI, Appellant. [930 NYS2d 506]—

Present—Scudder, P.J., Peradotto, Carni, Gorski and Martoche, JJ.